984

No. 945. BURNETT ET AL. *v.* GRAVES ET AL. C. A. 5th Cir. Certiorari denied. *Joseph T. Enright* for petitioners. *Charles L. Black* for respondents.

No. 946. HARDY *v.* BANKERS LIFE & CASUALTY CO. ET AL. C. A. 7th Cir. Certiorari denied. *Irving Breakstone* and *John O'C. Fitzgerald* for petitioner. *Charles F. Short, Jr.* for respondents.

No. 962. ROSEBUD COUNTY, MONTANA, *v.* BENTLEY ET AL. C. A. 9th Cir. Certiorari denied. *Lyman Brewster* for petitioner. *Sterling M. Wood* for respondents.

No. 965. CARTER, ALIAS PONTO, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. O. Cooper, Jr.* for petitioners. *Solicitor General Sobeloff* for the United States.

No. 967. PENNSYLVANIA GREYHOUND LINES, INC., *v.* ROWE ET AL. C. A. 2d Cir. Certiorari denied. *Livingston Platt* and *Clarence E. Mellen* for petitioner. *Seymour J. Wilner* for respondents.

No. 984. TEXAS & PACIFIC RAILWAY CO. *v.* BUCKLES ET AL. C. A. 5th Cir. Certiorari denied. *Charles D. Egan* for petitioner. *L. L. Lockard* for Stanley, respondent.

No. 2, Misc. GIARRATANO *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.